was turned over and fell from the vibration of the engine. He continued his work but the next morning was stricken by a stroke of apoplexy for which he recovered damages on the ground that it was attributable to the injury so received. The action was tried on the theory of a violation of the Boiler Inspection Act.

*Noel S. Symons* for appellant.
*Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, MCLAUGHLIN, ANDREWS and LEHMAN, JJ. Dissenting: CRANE, J. Not voting: HISCOCK, Ch. J. Absent: POUND, J.

---

ARTHUR E. WINTER and FRANK B. ROSS, Copartners, under the Name of WINTER, ROSS & Co., Respondents, *v.* WICKWIRE SPENCER STEEL CORPORATION, Appellant.

*Contract — sale — action to recover for refusal to accept goods — delay in delivery — waiver.*

*Winter* v. *Wickwire Spencer Steel Corpn.*, 212 App. Div. 870, affirmed.

(Argued April 10, 1925; decided May 12, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1925, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court. The action was to recover for breach of contract to purchase goods. The complaint alleged that by the contract dated March 25, 1920, plaintiffs agreed to sell and defendant to buy six tons of tin, delivery to be made by plaintiffs f. o. b. New York city; shipment was to be made at plaintiffs' option in about one week; that upon March thirty-first plaintiffs gave notice they could not ship as agreed, and upon April first defendant waived the time of delivery and no time was fixed in the instrument by which such waiver was made; but that thereafter defendant refused to accept the tin. The answer denied the waiver and set up as a defense unreasonable delay in delivery.

*Perlie P. Fallon* for appellant.
*Milward W. Martin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANLREWS and LEHMAN, JJ. Absent: POUND, J.

---

HENRY W. MCMASTER et al., as Receivers of the WABASH·· PITTSBURGH TERMINAL RAILWAY COMPANY, Appellants, *v.* GEORGE J. GOULD, Respondent, Impleaded with Others.

(Submitted May 4, 1925; decided May 12, 1925.)

Motion for re-argument granted. (See 239 N. Y. 606.)

---

DAVID SIMONS, Appellant, *v.* GEORGE L. BERRY, as President of the International Printing Pressmen's and Assistants' Union of North America, Respondent.

*Appeal — motion to dismiss denied and motion for permission to perfect appeal by filing undertaking granted.*

Reported below, 211 App. Div. 704.

(Submitted May 4, 1925; decided May 12, 1925.)

MOTION to dismiss an appeal from a judgment entered February 9, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion for a dismissal of the complaint and granted said motion.

Also motion for leave to perfect appeal by filing undertaking *nunc pro tunc.*

*Leo J. Rosett* for motion.
*A. Spencer Feld* opposed.

Motion to dismiss appeal denied and motion for leave to perfect appeal by filing undertaking *nunc pro tunc* granted on condition that appellant within ten days files bond and pays respondent ten dollars costs of motions. Otherwise motion to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion.

41